## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Abingdon Division

| | |
|---|---|
| **TIFFANY NGO, ADMINISTRATOR OF THE ESTATE OF BROOKE WINEK, deceased,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 1:24-cv-00031-JPJ-PMS** |
| ) | |
| **WASHINGTON COUNTY, VA SHERIFF BLAKE ANDIS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### PROPOSED ORDER

Plaintiff, Tiffany Ngo, Administrator of the Estate of Brooke Winek, deceased, moves this Honorable Court for a joint hearing on:

1.      The motions to dismiss for failure to state a claim that were filed by the defendants Washington County Sheriff Blake Andis. (ECF 20);

2.      The motion to dismiss for failure to state a claim that the defendant Sheriff Andis filed in *R.K.W., a minor, by and through her next friend, Tiffany Ngo v. Washington County, VA Sheriff Blake Andis, et al.* (Civil Action 1:24-cv-00032-JPJ-PMS) (ECF 22-23).

Based upon the representations to the Court, the Court FINDS that the relief sought is appropriate, that all Plaintiffs' counsel consent to the requested relief, and Defendant Blake Andis does not oppose the requested relief.

Therefore, this Court ORDERS that a joint hearing will be scheduled on the motions to dismiss for failure to state a claim in the two (2) matters identified above.

IT IS SO ORDERED.

ENTERED: _____, 2025


_____
Judge


WE ASK FOR THIS:

/s/ Scott M. Perry
Scott M. Perry | VSB # 67417
Nicholas J.N. Stamatis | VSB # 95423
Rapoport Sims Perry & VanOverloop, P.C.
P.O. Box 5109
Arlington, Virginia 22205
T: (703) 291-6666
F: (703) 563-6692
sperry@rapoportlaw.com
nstamatis@rapoportlaw.com
*Counsel for Plaintiff*


SEEN AND _____:
Nathan Henry Schnetzler (VSB No. 86437)
Austin Logan Obenshain (VSB No. 99494)
Frith Anderson & Peake PC
29 Franklin Road, SW
Roanoke, VA 24011
Phone: (540) 725-3371; Fax: (540) 772-9167
Email: nschnetzler@faplawfirm.com
Email: aobenshain@faplawfirm.com

*Counsel for Defendant Sheriff Blake Andis*